THIS
OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

 

THE STATE OF SOUTH CAROLINA

In The Court of Appeals

 

 

 
 
 The State,
 
 
 Respondent,
 
 

 

v.

 
 
 Travis Sentell
 Parker,
 
 
 Appellant.
 
 

 

 

__________

 

Appeal From Cherokee County

 Roger L. Couch , Circuit Court Judge

__________

 

Unpublished Opinion No. 2010-UP-144

Submitted January 4, 2010  Filed February
23, 2010   

__________

 

APPEAL DISMISSED

__________

 

Chief Appellate Defender Joseph L. Savitz,
III, of Columbia, for Appellant.

 

Attorney General Henry Dargan McMaster, Chief
Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
Donald J. Zelenka, Office of the Attorney General, all of Columbia; Solicitor Harold
W. Gowdy, III, of Spartanburg, for Respondent.

 

 

PER CURIAM:  Travis
"Dick" Parker appeals his conviction for murder.  Parker argues on
appeal the trial judge erred in failing to instruct the jury on the defense of
alibi.  After a thorough review of the record and counsel's brief pursuant to Anders
v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
116, 406 S.E.2d 357 (1991), we dismiss Parker's appeal and grant counsel's
motion to be relieved.[1]

 

APPEAL DISMISSED.

 

WILLIAMS,
PIEPER, and LOCKEMY, JJ., concur.

 

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.